UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

SUPPRESSED
**FILED**

JUN 17 2020

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. **4:20CR00282 CDP/PLC** ) |
| DARRAN GALLOWAY, A/K/A DARRON FLEMMINGS, | ) ) ) |
| Defendant. | ) ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about On or about November 22, 2019, in the City of St. Louis, within the Eastern District of Missouri,

**DARRAN GALLOWAY, A/K/A DARRON FLEMMINGS,**

the Defendant herein, knowingly possessed a firearm, knowing he had previously been convicted in a court of law of one or more felony crimes punishable by a term of imprisonment exceeding one year, and the firearm previously traveled in interstate or foreign commerce during or prior to being in defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

### COUNT TWO

The Grand Jury further charges that:

On or about November 22, 2019, in the City of St. Louis, within the Eastern District of Missouri,

**DARRAN GALLOWAY, A/K/A DARRON FLEMMINGS,**

the Defendant herein, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectible amount of methamphetamine, a schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

The Grand Jury further charges that:

On or about November 22, 2019, in the City of St. Louis, within the Eastern District of Missouri,

**DARRAN GALLOWAY, A/K/A DARRON FLEMMINGS,**

the Defendant herein, did knowingly possess a firearm in furtherance of a drug trafficking crime which may be prosecuted in a court of the United States, that is, possession of methamphetamine, a schedule II controlled substance, with intent to distribute; as set forth in Count II of the Indictment.

In violation of Title 18, United States Code, Section 924(c)(1).

A TRUE BILL

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
GREGORY M. GOODWIN, #65929MO
Special Assistant United States Attorney